UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TRINITY BUI,

                Plaintiff,

- against -

JOHN MAZZUTO and INDUSTRIAL
ENTERPRISES OF AMERICA, INC.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 4529 (NRB)

**STIPULATION AND ORDER**

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time of defendant John Mazzuto to answer, move or otherwise respond to the First Amended Complaint, dated May 30, 2007, in this action is extended to July 18, 2007.

Dated: New York, New York
       June 19, 2007

LAW OFFICE OF NELSON M. STERN

By: _____
    Nelson M. Stern
964 Third Avenue, 5th Floor
New York, New York 10155
(212) 223-8330

*Attorneys for Plaintiff Trinity Bui*

HOLLAND & KNIGHT LLP

By: _____
    David D. Howe
195 Broadway
New York, New York 10007
(212) 513-3200

*Attorneys for Defendant John Mazzuto*

SO ORDERED: June 27, 2007

_____
United States District Judge

1