UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TRINITY BUI, | : | |
| | : | Case No.1:07-cv-4529 (NRB) |
| Plaintiff, | :: | |
| vs. | : | |
| | : | |
| JOHN MAZZUTO and INDUSTRIAL ENTERPRISES OF AMERICA, INC., | : | |
| | : | |
| Defendants. | : | |

**Notice of Dismissal**

**Please take notice, that whereas no Defendant has served or filed an answer or a motion for summary judgment in this action as of the date of this Notice, Plaintiff, TRINITY BUI, pursuant to Fed. R. Civ. P. 41(a)(l), hereby dismisses this action as against each and all of the Defendants without prejudice. Each party shall bear their own attorneys' fees, costs and other expenses of litigation.**

**Dated: July 5, 2007**

New York, New York

LAW OFFICE OF NELSON M. STERN

By: **Nelson M. Stern**
______________________________/
Nelson M. Stern (NS8646)
964 Third Ave., 5th Floor
New York, NY 10155
(212) 223-8330
(212) 371-2131 - Facsimile
Scooterlawyer@aol.com

And

LEON BAER BORSTEIN
Borstein & Sheinbaum
420 Lexington Avenue, Suite 2920
New York, New York 10170
Tel: (212) 687-1600
Fax: (212) 687-8710
lborstein@aol.com

*Of-Counsel*

To:
David D. Howe
Mitchell J. Geller
Holland & Knight LLP
195 Broadway
New York, NY 10007

*Attorney for Defendants*

SO ORDERED:

Affirmation of Service

I, the undersigned attorney, declare and state:

I am a citizen of the United States, over the age of eighteen years, and not a party to this action. On the dated stated below, I served the following document on the following persons:

Notice of Dismissal

David D. Howe
Mitchell J. Geller
Holland & Knight LLP
195 Broadway
New York, NY 10007

*Attorney for Defendants*

__X___BY FIRST CLASS MAIL - I deposited each this day in a sealed envelope with suitable postage in a collection box of the United States Postal Service in New York City.

_____BY FACSIMILE: I caused said documents to be transmitted by Facsimile machine to the number shown after the address listed above.

I declare and, certify under penalty of perjury under the laws of the State of New York that the foregoing is true and correct and that this affirmation was executed this date at New York, NY.

Date: July 5, 2007

**Nelson M . Stern**
______________________________
Nelson M. Stern

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.