```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

TRINITY BUI,

                Plaintiff,

  - against -                  **ORDER**

JOHN MAZZUTO and INDUSTRIAL      07 Civ. 4529 (NRB)
ENTERPRISES OF AMERICA,

                Defendants.

------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **IT IS HEREBY ORDERED** that the Clerk of the Court seal documents related to "First Substantively Amended Complaint" and "Second Substantively Amended Complaint": specifically, documents related to docket numbers 6, 7, 9, and 10; and it is further

    **ORDERED** that plaintiff has permission to file an amended complaint in accordance with the conditions set forth in the conference in this matter held on July 2, 2007, with no further opportunities to amend.

Dated:    New York, New York
           July 2, 2007

                                        /s/ Naomi Reice Buchwald
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

MICROFILM   JUL - 6 2007