*BJIMWAL25.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TRINITY BUI,
:
              Plaintiff,          ::          Case No. 1:07-cv-4529 (NRB)
vs.                               :

JOHN MAZZUTO and INDUSTRIAL       :
ENTERPRISES OF AMERICA, INC.,     :
              Defendants.         :
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/07

## Notice of Dismissal

Please take notice, that whereas no Defendant has served or filed an answer or a motion for summary judgment in this action as of the date of this Notice, Plaintiff, TRINITY BUI, pursuant to Fed. R. Civ. P. 41(a)(l), hereby dismisses this action as against each and all of the Defendants without prejudice. Each party shall bear their own attorneys' fees, costs and other expenses of litigation.

Dated: July 5, 2007

SO ORDERED:

_____
U.S.D.J.          7/12/07

1